TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-02-00533-CR


NO. 03-02-00534-CR







Kendrick Cordell Jones, Appellant



v.



The State of Texas, Appellee







FROM THE DISTRICT COURT OF BELL COUNTY, 27TH JUDICIAL DISTRICT


NOS. 51,572 & 52,970, HONORABLE MARTHA J. TRUDO, JUDGE PRESIDING






O R D E R




PER CURIAM


The opinion and judgments issued in these causes on September 19, 2002, are
withdrawn and the appeals are reinstated.

It is ordered September 20, 2002.


Before Chief Justice Aboussie, Justices Patterson and Puryear

Do Not Publish